No. 87–5503. GILBERT *v.* WILLINGBORO BOARD OF EDUCATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–5506. HORTON *v.* TRAMMELL ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–5507. BLACK *v.* TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–5508. ALMODOVAR *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 87–5509. WRIGHT *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 87–5518. JOHNSON *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 87–5521. LEPISCOPO *v.* KGGM TELEVISION ET AL. C. A. 10th Cir. Certiorari denied.

No. 87–5522. MAYBERRY *v.* PETSOCK. C. A. 3d Cir. Certiorari denied.

No. 87–5529. SMITH *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 87–5553. RUSSELL *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 87–5554. SHADIAN *v.* NORTH ORANGE COUNTY MUNICIPAL COURT ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–375. MONGE, SHERIFF OF SARASOTA COUNTY, FLORIDA, ET AL. *v.* STRAUB. C. A. 11th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.